UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:24-cr-0023 |
| Plaintiff, | |
| | JUDGE JUDGE HOPKINS |
| v. | |
| | **INDICTMENT** |
| TIMOTHY MOORMAN, JR., | |
| | 18 U.S.C. § 371 |
| Defendant. | 18 U.S.C. § 922(a)(6) |
| | |
| | FORFEITURE ALLEGATIONS |

**THE GRAND JURY CHARGES**:

### Introduction

1.    At times relevant to this Indictment:

a.    The following businesses were licensed dealers of firearms (also known as federal firearms licensees or "FFLs") within the meaning of Chapter 44, Title 18, United States Code:

    i.    Range USA – Cincy West at 7266 Harrison Ave., Cincinnati, OH 45247;

    ii.    Range USA – Blue Ash at 10930 Deerfield Rd., Blue Ash, OH 45242;

    iii.    Bass Pro Shops Outdoor World #011 ("Bass Pro Shops") at 300 Cincinnati Mill Dr., Cincinnati, OH 45240;

    iv.    Target Holdings Inc. d/b/a Target World ("Target World") at 2300 E. Kemper Rd., Cincinnati OH; and

    v.    North College Hill Gun Store at 1849 W. Galbraith Rd., Cincinnati, OH 45239.

b.    The defendant, **TIMOTHY MOORMAN, JR.**, was a resident of the Southern District of Ohio.

## COUNT 1
## (Conspiracy to Commit an Offense Against the United States)

### The Conspiracy

2. Paragraph 1 of the Indictment is incorporated here.

3. From in or about September 2023 through in or about November 2023, in the Southern District of Ohio, the defendant, **TIMOTHY MOORMAN, JR.**, knowingly and intentionally conspired and agreed with others known and unknown to the grand jury to commit an offense against the United States, that is, to knowingly make a false oral and written statement to a licensed dealer of firearms, as that term is defined in Chapter 44, Title 18, United States Code, in connection with the acquisition and attempted acquisition of a firearm, which statement was intended and likely to deceive the said licensed dealer of firearms as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44, Title 18, United States Code, in violation of Title 18, United States Code, Section 922(a)(6).

### Manner and Means of the Conspiracy

4. The manner and means by which the defendant, **TIMOTHY MOORMAN, JR.**, and others known and unknown to the grand jury sought to accomplish the objectives of the conspiracy included the following:

   a. It was part of the conspiracy that the defendant, **TIMOTHY MOORMAN, JR.**, would buy a firearm or firearms at Cincinnati-area FFLs.

   b. It was further part of the conspiracy that, during the purchase of a firearm or firearms, the defendant, **TIMOTHY MOORMAN, JR.**, would falsely represent on a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473 – Firearms Transaction Record ("ATF Form 4473") that he was the actual buyer of the firearm(s), when in fact he was purchasing the firearm(s) for another member of the conspiracy.

c. It was further part of the conspiracy that the defendant, **TIMOTHY MOORMAN, JR.**, would give the purchased firearms to another member of the conspiracy that same day, or within a few days.

d. It was further part of the conspiracy that a member of the conspiracy would transport the firearms outside the state of Ohio.

6. During the conspiracy, members of the conspiracy succeeded in purchasing at least approximately twenty-one firearms in illegal straw purchases. At least nine of those firearms were recovered in connection with a crime in Canada less than two weeks after they were purchased; two others were traced to crimes in Canada and Detroit, respectively, within two months of purchase.

## Overt Acts

7. In furtherance of the conspiracy, and to effect the object thereof, the conspirators performed and caused to be performed the following overt acts, among others:

a. On or about September 29, 2023, the defendant, **TIMOTHY MOORMAN, JR.**, bought a Glock 23 .40 caliber pistol bearing serial number BZNF591 from Bass Pro Shops.

b. On or about September 29, 2023, the defendant, **TIMOTHY MOORMAN, JR.**, submitted an ATF Form 4473 to Bass Pro Shops on which he falsely represented that he was the actual transferee/buyer of the Glock 23 pistol.

c. On or about October 16, 2023, the defendant, **TIMOTHY MOORMAN, JR.**, bought two Glock 43x 9mm pistols bearing serial numbers BZVM543 and CACT219, respectively, from Bass Pro Shops.

d. On or about October 16, 2023, the defendant, **TIMOTHY MOORMAN, JR.**, submitted an ATF Form 4473 to Bass Pro Shops on which he falsely represented that he was the actual transferee/buyer of the two Glock 43x 9mm pistols.

e. On or about October 16, 2023, the defendant, **TIMOTHY MOORMAN, JR.**, bought a Glock 43 9mm pistol bearing serial number AHZD477 and a Glock 23 Gen 5 .40 caliber pistol bearing serial number CAKR580 from Range USA – Cincy West.

f. On or about October 16, 2023, the defendant, **TIMOTHY MOORMAN, JR.**, submitted an ATF Form 4473 to Range USA – Cincy West on which he falsely represented that he was the actual transferee/buyer of the Glock 43 and the Glock 23.

g. On or about October 19, 2023, the defendant, **TIMOTHY MOORMAN, JR.**, bought a Springfield Armory Hellcat 9mm pistol bearing serial number BE100458 and two Glock 43x 9mm pistols bearing serial numbers CBGV468 and CAZG326, respectively, from Range USA – Cincy West.

h. On or about October 19, 2023, the defendant, **TIMOTHY MOORMAN, JR.**, submitted an ATF Form 4473 to Range USA – Cincy West on which he falsely represented that he was the actual transferee/buyer of the Springfield Armory Hellcat and the two Glock 43x pistols.

i. On or about October 21, 2023, the defendant, **TIMOTHY MOORMAN, JR.**, bought a Glock 30 .45 caliber pistol bearing serial number CAZA625 and a Glock 43x 9mm pistol bearing serial number AHVB218 from Bass Pro Shops.

j. On or about October 21, 2023, the defendant, **TIMOTHY MOORMAN, JR.**, submitted an ATF Form 4473 to Bass Pro Shops on which he falsely represented that he was the actual transferee/buyer of the Glock 30 and the Glock 43x.

4

k. On or about October 24, 2023, the defendant, **TIMOTHY MOORMAN, JR.**, bought a Canik Century Arms TP9 Elite SC 9mm pistol bearing serial number 23CB07572, a Glock 26 9mm pistol bearing serial number CAKU238, and two Glock 28 .380 pistols bearing serial numbers AHSP847 and AHSF892, respectively, from Range USA – Cincy West.

l. On or about October 24, 2023, the defendant, **TIMOTHY MOORMAN, JR.**, submitted an ATF Form 4473 to Range USA – Cincy West on which he falsely represented that he was the actual transferee/buyer of the Canik Century Arms TP9 Elite SC, the Glock 26, and the two Glock 28 pistols.

m. On or about October 25, 2023, the defendant, **TIMOTHY MOORMAN, JR.**, bought a Glock 26 9mm pistol bearing serial number AGKD179 and a Glock G27 Gen 5 .40 caliber pistol bearing serial number BYGL310 from Range USA – Blue Ash.

n. On or about October 25, 2023, the defendant, **TIMOTHY MOORMAN, JR.**, submitted an ATF Form 4473 to Range USA – Blue Ash on which he falsely represented that he was the actual transferee/buyer of the two Glock 26 and the Glock G27 Gen 5.

o. On or about October 25, 2023, the defendant, **TIMOTHY MOORMAN, JR.**, met with, and gave firearms to, another member of the conspiracy.

p. On or about October 26, 2023, the defendant, **TIMOTHY MOORMAN, JR.**, bought a Glock 19 Gen 5 9mm pistol bearing serial number BWYT942 and a Glock 43x 9mm pistol bearing serial number CAUM316 from Range USA – Blue Ash.

q. On or about October 26, 2023, the defendant, **TIMOTHY MOORMAN, JR.**, submitted an ATF Form 4473 to Range USA – Blue Ash on which he falsely represented that he was the actual transferee/buyer of the Glock 19 Gen 5 and the Glock 43x.

r.  On or about October 26, 2023, the defendant, **TIMOTHY MOORMAN, JR.**, bought a Glock 30 Gen 4 .45 caliber pistol bearing serial number BEVE140 from Target World.

s.  On or about October 26, 2023, the defendant, **TIMOTHY MOORMAN, JR.**, submitted an ATF Form 4473 to Target World on which he falsely represented that he was the actual transferee/buyer of the Glock 30.

t.  On or about October 26, 2023, the defendant, **TIMOTHY MOORMAN, JR.**, met with, and gave firearms to, another member of the conspiracy.

u.  On or about October 27, 2023, the defendant, **TIMOTHY MOORMAN, JR.**, bought a Glock 19 9mm pistol bearing serial number CBNR555 and a Glock 27 .40 caliber pistol bearing serial number BVLK652 from North College Hill Gun Store.

v.  On or about October 27, 2023, the defendant, **TIMOTHY MOORMAN, JR.**, submitted an ATF Form 4473 to North College Hill Gun Store on which he falsely represented that he was the actual transferee/buyer of the Glock 19 and the Glock 27.

**In violation of Title 18, United States Code, Section 371.**

## COUNTS 2-11
### (False Statement During Purchase of Firearm)

8.  Paragraph 1 of the Indictment is incorporated here.

9.  On or about the following dates, in the Southern District of Ohio, the defendant, **TIMOTHY MOORMAN, JR.**, in connection with the acquisition of a firearm from the federal firearms licensee listed below, knowingly made a false and fictitious written statement to the said federal firearms licensee as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, United States Code, in that the defendant, **TIMOTHY MOORMAN, JR.**, did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that

that he was the actual transferee/buyer of the firearm listed on the ATF Form 4473, when in fact, as the defendant then knew, he was buying the firearm for someone else:

| Count | Date, on or about | Firearm(s) | Federal Firearms Licensee |
|---|---|---|---|
| 2 | 9/29/23 | A Glock 23 .40 caliber pistol bearing serial number BZNF591 | Bass Pro Shops |
| 3 | 10/16/23 | Two Glock 43x 9mm pistols bearing serial numbers BZVM543 and CACT219 | Bass Pro Shops |
| 4 | 10/16/23 | A Glock 43 9mm pistol bearing serial number AHZD477 and a Glock 23 Gen 5 .40 caliber pistol bearing serial number CAKR580 | Range USA – Cincy West |
| 5 | 10/19/23 | A Springfield Armory Hellcat 9mm pistol bearing serial number BE100458 and two Glock 43x 9mm pistols bearing serial numbers CBGV468 and CAZG326 | Range USA – Cincy West |
| 6 | 10/21/23 | A Glock 30 .45 caliber pistol bearing serial number CAZA625 and a Glock 43x 9mm pistol bearing serial number AHVB218 | Bass Pro Shops |
| 7 | 10/24/23 | A Canik Century Arms TP9 Elite SC 9mm pistol bearing serial number 23CB07572; a Glock 26 9mm pistol bearing serial number CAKU238; and two Glock 28 .380 caliber pistols bearing serial numbers AHSP847 and AHSF892 | Range USA – Cincy West |
| 8 | 10/25/23 | A Glock 26 9mm pistol bearing serial number AGKH179 and a Glock G27 Gen 5 .40 caliber pistol bearing serial number BYGL310 | Range USA – Blue Ash |
| 9 | 10/26/23 | A Glock 43x 9mm pistol bearing serial number CAUM316 and a Glock 19 Gen 5 9mm pistol bearing serial number BWYT942 | Range USA – Blue Ash |
| 10 | 10/26/23 | A Glock 30 Gen 4 .45 caliber pistol bearing serial number BEVE140 | Target World |
| 11 | 10/27/23 | A Glock 27 .40 caliber pistol bearing serial number BVLK652 and a Glock 19 9mm pistol bearing serial number CBNR555 | North College Hill Gun Store |

**In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).**

## FORFEITURE ALLEGATION

Upon conviction of any offense set forth in this Indictment, the defendant, **TIMOTHY MOORMAN**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in such violation, including but not limited to:

- A Glock 23 .40 caliber pistol, bearing serial number BZNF591, with any attachments and ammunition;

- A Glock 43x 9mm pistol, bearing serial number BZVM543, with any attachments and ammunition;

- A Glock 43x 9mm pistol, bearing serial number CACT219, with any attachments and ammunition;

- A Glock 43 9mm pistol, bearing serial number AHZD477, with any attachments and ammunition;

- A Glock 23 Gen 5 .40 caliber pistol, bearing serial number CAKR580, with any attachments and ammunition;

- A Springfield Armory Hellcat 9mm pistol, bearing serial number BE100458, with any attachments and ammunition;

- A Glock 43x 9mm pistol, bearing serial number CBGV468, with any attachments and ammunition;

- A Glock 43x 9mm pistol, bearing serial number CAZG326, with any attachments and ammunition;

- A Glock 30 .45 caliber pistol, bearing serial number CAZA625, with any attachments and ammunition;

- A Glock 43x 9mm pistol, bearing serial number AHVB218, with any attachments and ammunition;

- A Canik Century Arms TP9 Elite SC 9mm pistol, bearing serial number 23CB07572, with any attachments and ammunition;

- A Glock 26 9mm pistol, bearing serial number CAKU238, with any attachments and ammunition;

8

- A Glock 28 Gen 3 .380 caliber pistol, bearing serial number AHSP847, with any attachments and ammunition;

- A Glock 28 Gen 3 .380 caliber pistol, bearing serial number AHSF892, with any attachments and ammunition;

- A Glock 26 9mm pistol, bearing serial number AGKH179, with any attachments and ammunition;

- A Glock G27 Gen 5 .40 caliber pistol, bearing serial number BYGL310, with any attachments and ammunition;

- A Glock 43x 9mm pistol, bearing serial number CAUM316, with any attachments and ammunition;

- A Glock 19 Gen 5 9mm pistol, bearing serial number BWYT942, with any attachments and ammunition;

- A Glock 30 Gen 4 .45 caliber pistol, bearing serial number BEVE140, with any attachments and ammunition;

- A Glock 27 .40 caliber pistol, bearing serial number BVLK652, with any attachments and ammunition;

- A Glock 19 9mm pistol bearing serial number CBNR555, with any attachments and ammunition; and

## SUBSTITUTE ASSETS

If any of the property described above, as a result of any act or omission of the defendants:

    a.     cannot be located upon the exercise of due diligence;

    b.     has been transferred or sold to, or deposited with, a third party;

    c.     has been placed beyond the jurisdiction of the court;

    d.     has been substantially diminished in value; or

    e.     has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1), 18 U.S.C. § 1029(c)(2), and 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendants, up to the value of the property described above.

A TRUE BILL.

GRAND JURY FOREPERSON

KENNETH L. PARKER
UNITED STATES ATTORNEY

JULIE D. GARCIA
ASSISTANT UNITED STATES ATTORNEY